IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELISAPETA ALAIMALEATA, et al., ) ) ) Plaintiffs, ) ) vs. ) ) UNITED STATES OF AMERICA , ) ) Defendant. ) _____ ) | CV 23-00164 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on October 17, 2025 and served on all parties on October 20, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Kymberley Vaughn's Claims for Failure to Prosecute", ECF No. 117, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 2, 2025.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge