IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ELISAPETA ALAIMALEATA,         )        CV 23-00164 LEK-KJM
et al.,                        )
                               )
        Plaintiffs,            )
                               )
    vs.                        )
                               )
THE UNITED STATES OF           )
AMERICA, et al.,               )
                               )
        Defendants.            )
_____ )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant United States' Petition for Good Faith Settlement

Determination (ECF No. 146)", ECF No. 166, are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 13, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge