IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ELISAPETA ALAIMALEATA, et al.,          )          CV 23-00164 LEK-KJM
                                        )
                                        )
            Plaintiffs,                 )
                                        )
      vs.                               )
                                        )
THE UNITED STATES OF                    )
AMERICA, et al.,                        )
                                        )
            Defendants.                 )
_____         )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 20, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Consent Motion for Approval of Settlement

of Minors' Claims (ECF No. 169)", ECF No. 172,  are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 8, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**ELISAPETA ALAIMALEATA, ET AL. VS. THE UNITED STATES OF AMERICA, ET AL; CV 233-00164 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**