IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELISAPETA ALAIMALEATA, ET AL., | ) ) ) | Civil No. 23-00164 LEK-KJM |
| Plaintiffs, | ) ) ) ) | FINDINGS AND RECOMMENDATION TO GRANT UNITED STATES' PETITION FOR DETERMINATION OF GOOD |
| vs. | ) ) | FAITH SETTLEMENT (ECF NO. |
| UNITED STATES OF AMERICA, ET AL. | ) ) ) | 161) |
| Defendants. | ) ) ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO
GRANT UNITED STATES' PETITION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT (ECF NO. 161)

On April 24, 2026, Defendant United States of America ("Defendant") filed

a Petition for Determination of Good Faith Settlement ("Petition"), seeking a

determination of good faith settlement for 38 settling plaintiffs.[1]  ECF No. 161.

This is the second petition for good faith settlement determination filed in this

case.

On April 24, 2026, non-parties Ohana Military Communities, LLC

("Ohana") and Hunt MH Property Management, LLC ("Hunt") timely filed a

Memorandum in Opposition to the Petition.  ECF No. 163.  Therein, Ohana and

---

[1]  *See* ECF No. 161-2 for a list of the settling plaintiffs that are the subject of the
Petition.

Hunt reiterated and incorporated by reference their previous opposition filed on April 6, 2026, ECF No. 149.

On May 7, 2026, non-parties CP IV Waterfront, LLC d/b/a Kapilina Beach Homes ("Kapilina"), and GREP Southwest, LLC ("GREP"), timely filed a Statement of Position to the Petition. ECF No. 168. Therein, Kapilina and GREP incorporated by reference their previous position as set forth in the statements filed on: (1) March 6, 2026, in *Feindt, et al. v. United States*, Civil No. 22-00397 LEK-KJM, ECF No. 694; and (2) August 26, 2025, in *Williams, et al. v. United States*, Civil No. 23-00028 LEK-KJM, ECF No. 105.

The Court did not receive any other objections.

Plaintiffs did not file a response to the Petition, despite the Court ordering Plaintiffs to do so. ECF No. 162. At the hearing on the Petition, Plaintiffs stated that they take no position on the Petition.

On June 3, 2026, Defendant filed a Reply. ECF No. 173.

On June 10, 2026, the Court held a hearing on the Petition via video conference. ECF No. 177. Eric A. Rey, Esq., Kenneth A. Haywood, Esq., and Alanna Horan, Esq., appeared on behalf of Defendant. Lanson K. Kupau, II, Esq., and Dana Vogel, Esq., appeared on behalf of Plaintiffs. Randall C. Whattoff, Esq., appeared on behalf of Ohana and Hunt. Lisa K. Swartzfager, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record in this case, and the oral arguments of counsel.  For the reasons set forth in the Court's findings and recommendation on Defendant's first petition for good faith settlement determination, which the district court adopted, the Court FINDS AND RECOMMENDS that the district court GRANT the Petition.  The Court reiterates and incorporates by reference the analysis contained in its prior order.  ECF No. 166, 2026 WL 1335377 (D. Haw. Apr. 30, 2026), *adopted by* ECF No. 170, 2026 WL 1330833 (D. Haw. May 13, 2026).

Based on the foregoing, the Court FINDS that the settlements between the subject settling plaintiffs as listed in ECF No. 161-2 and Defendant United States of America were made in good faith under Hawaii Revised Statutes § 663–15.5. The Court thus RECOMMENDS that the district court GRANT Defendant's Petition for Determination of Good Faith Settlement (ECF No. 161).

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, June 12, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Alaimaleata, et al. v. United States, et al.*, Civil No. 23-00164 LEK-KJM; Findings and Recommendation to Grant United States' Petition for Determination of Good Faith Settlement (ECF No. 161)