IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELISAPETA ALAIMALEATA, ET AL., | ) ) ) | Civil No. 23-00164 LEK-KJM |
| Plaintiffs, | ) ) ) ) | FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY AND AGAINST PLAINTIFF JOHN CRISOSTOMO |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, ET AL. | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO DISMISS
CLAIMS BY AND AGAINST PLAINTIFF JOHN CRISOSTOMO

On March 10, 2026, Defendant United States of America ("Defendant")

filed and served on all parties a Suggestion of Death of Plaintiff John Crisostomo

("Mr. Crisostomo").  ECF No. 145.

In addition, Defendant filed a Waiver of Service for Suggestion of Death

signed by counsel for Jean Sabino Crisostomo ("Mrs. Crisostomo"), the surviving

spouse of Mr. Crisostomo and "successor" of his estate.  ECF No. 145-1.  Therein,

Ms. Crisostomo's counsel states, among other things, that:

> I understand that I, or the person I represent, must file and serve a
> motion to substitute the representative of John Crisostomo's estate as
> the proper party to this action within 90 days from March 9, 2026, the
> date when this request was sent.  Otherwise, John Crisostomo's claims
> in this action will be subject to dismissal.

*Id.* at 1.

> Federal Rule of Civil Procedure 25(a)(1) provides:
>
> If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).  In this case, there has been no motion for substitution filed, and the 90-day deadline has passed.

Accordingly, the Court FINDS and RECOMMENDS that the district court DISMISS any claims by and against Plaintiff John Crisostomo.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Berkeley, California, June 15, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Alaimaleata, et al. v. United States, et al.*, Civil No. 23-00164 LEK-KJM; Findings and Recommendation to Dismiss Claims by and Against Plaintiff John Crisostomo

2