IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELISAPETA ALAIMALEATA, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>Defendants. | ) | Civil No. 23-00164 LEK-KJM<br><br>FINDINGS AND RECOMMENDATION TO DISMISS CLAIMS BY AND AGAINST PLAINTIFF JUSTIN SHEETS |

FINDINGS AND RECOMMENDATION TO DISMISS
CLAIMS BY AND AGAINST PLAINTIFF JUSTIN SHEETS

On April 20, 2026, Defendant United States of America ("Defendant") filed and served on all parties a Suggestion of Death of Plaintiff Justin Sheets ("Mr. Sheets"). ECF No. 157.

Federal Rule of Civil Procedure 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). In this case, there has been no motion for substitution filed, and the 90-day deadline has passed.

Accordingly, the Court FINDS and RECOMMENDS that the district court DISMISS any claims by and against Plaintiff Justin Sheets.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, August 3, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

*Alaimaleata, et al. v. United States, et al.*, Civil No. 23-00164 LEK-KJM; Findings and Recommendation to Dismiss Claims by and Against Plaintiff Justin Sheets