IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELISAPETA ALAIMALEATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil No. 23-00164 LEK-KJM<br><br>FINDINGS AND RECOMMENDATION TO GRANT THE UNITED STATES' AMENDED PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

FINDINGS AND RECOMMENDATION
TO GRANT THE UNITED STATES' PETITION
FOR DETERMINATION OF GOOD FAITH SETTLEMENT

On September 9, 2026, Defendant United States of America ("Defendant") filed a Petition for Determination of Good Faith Settlement ("Petition"), seeking a determination of good faith settlement for 11 settling plaintiffs.[1] This is the third petition for good faith settlement determination filed in this case.

On September 9, 2026, non-parties Ohana Military Communities, LLC ("Ohana") and Hunt MH Property Management, LLC ("Hunt") timely filed a Memorandum in Opposition to the Petition. ECF No. 188. Therein, Ohana and

---

[1] *See* ECF No. 194-1 at 2 for a list of the settling plaintiffs that are the subject of the Amended Petition.

Hunt reiterated and incorporated by reference their previous opposition filed on April 6, 2026. ECF No. 149.

On October 2, 2026, non-parties CP IV Waterfront, LLC d/b/a Kapilina Beach Homes ("Kapilina"), and GREP Southwest, LLC ("GREP"), timely filed a Statement of Position to the Petition. ECF No. 192. Therein, Kapilina and GREP incorporated by reference their previous position as set forth in the statement filed on: (1) March 6. 2026, in *Feindt, et al. v. United States*, Civil No. 22-00397 LEK-KJM, ECF No. 694; and (2) August 26, 2025 in *Williams, et al. v. United States*, Civil No. 23-00028 LEK-KJM, ECF No. 105.

On October 7, 2026, Plaintiffs filed a Partial Joinder to the Petition.[2] ECF No. 193. On October 9, 2026, Defendant filed a Petition for Settlement Determination of Good Faith Settlement ("Amended Petition"). ECF No. 194. The Amended Petition supersedes the Petition. ECF No. 194 at 1-2.[3] On October 12, 2026, Ohana and Hunt filed a Memorandum in Opposition to the Amended Petition. Therein, Ohana and Hunt again Ohana and Hunt reiterated and incorporated by reference their previous opposition filed on April 6, 2026. ECF No. 197 at 2.

---

[2] Plaintiffs join in the Petition "subject to the correction of the designated payee for minor C.R.2." ECF No. 193 at 2.

[3] The Amended Petition corrects the next friend of minor C.R.2 from Eric Richardson to Shaneek Richardson. ECF No. 194 at 2.

On October 20, 2026, the Court held a hearing on the Petition via video conference. ECF No. 202. Kenneth A. Haywood, Esq., appeared on behalf of Defendant. Lanson K. Kupau, II, Esq., appeared on behalf of Plaintiffs. Kamala S. Haake, Esq., appeared on behalf of Ohana and Hunt. Lisa K. Swartzfager, Esq., appeared on behalf of Kapilina and GREP.

The Court has carefully considered the memoranda, applicable law, record in this case, and the oral arguments of counsel. For the reasons set forth in the Court's findings and recommendation on Defendant' first petition for good faith settlement determination, which the district court adopted, the Court FINDS AND RECOMMMENDS that the district court GRANT the Amended Petition. The Court reiterates and incorporates by reference the analysis contained in its prior order. ECF No. 166, 2026 WL 1335377 (D. Haw. Apr. 30, 2026), *adopted by* ECF No. 170, 2026 WL 1330833 (D. Haw. May 13, 2026).

Based on the foregoing, the Court FINDS that the settlements between the subject settling plaintiffs as listed in ECF No. 194-1 at 2 and Defendant United States of America were made in good faith under Hawaii Revised Statutes § 663-15.5. The Court thus RECOMMENDS that the district court GRANT Defendant's Amended Motion for Determination of Good Faith Settlement (ECF No. 194).

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, October 22, 2026.

Kenneth J. Mansfield
United States Magistrate Judge